No. 91–6833. NAVARRO-BOTELLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6839. OGUNLEYE *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 91–6850. EDDMONDS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 91–6853. CRUZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6869. ESCOLASTICO-DISLA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6886. ABATE *v.* DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT ET AL. C. A. 9th Cir. Certiorari denied.

No. 91–6891. BEVILL *v.* MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 91–6910. SOSA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6953. COHEN *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 91–6965. PINKSTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6992. CABRAL PEREZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6995. ALLEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–7007. KHAN *v.* TANNER ET AL. C. A. 4th Cir. Certiorari denied.

No. 91–7017. FRALEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–7037. JONES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.